UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ-2004-M-229-JLA

UNITED STATES

V.

DAISY ARIAS

**ORDER ON PROBABLE CAUSE**

May 28, 2004

ALEXANDER, M.J.

On May 28, 2004, the defendant, DAISY ARIAS, appeared before this Court for a probable cause hearing pursuant to a complaint charging her with violation of 21 U.S.C. § 841(a) (knowingly or intentionally manufacturing, distributing or dispensing or possessing with intent to manufacture, distribute or dispense a controlled substance). At the hearing, the government was represented by Assistant United States Attorney David Tobin; Ms. Arias was represented by Attorney Timothy G. Watkins. The government presented the testimony of Special Agent Robert E. Donovan of the Drug Enforcement Administration, as well as other evidence. After hearing the testimony and in consideration of the evidence submitted, this Court FOUND that there is PROBABLE CAUSE to believe the defendant, DAISY ARIAS, committed the offense with which she is charged.

SO ORDERED.

_____
United States Magistrate Judge