◈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAISY ARIAS

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-229 JLA

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>DAVID TOBIN | DEFENDANT'S ATTORNEY<br>TIMOTHY WATKINS |
|---|---|---|
| TRIAL DATE (S)<br>5/28/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5-28-04 | direct | | DONOVAN, S/A, DEA |
| 1 | | 5-28-04 | X | X | PHOTO 1: PACKAGES IN DUCT TAPE |
| 2 | | 5-28-04 | X | X | PHOTO 2: WITHOUT DUCT TAPE OF 7 PACKAGES |
| 3 | | 5-28-04 | X | X | PHOTO 2: CLOSEUP OF 3 PACKAGES |
| 4 | | 5-28-04 | X | X | PASSPORT OF DEFENDANT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages