UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-M-229-JLA |
| ) | |
| DAISY ARIAS ) | |

<u>AFFIDAVIT OF TIMOTHY G. WATKINS</u>

I, Timothy G. Watkins, being duly sworn, hereby state as follows:

1. I am the attorney of record for Daisy Arias.

2. On May 28, 2004, this Court held a detention and probable cause hearing in this matter. At the conclusion of the hearing, I argued for release on conditions and proffered a possible residence for Ms. Arias upon her release. The Court took the matter under advisement pending verification of the residence and other information by Pretrial Services.

3. Since that date, Ms. Arias has informed me that she does not wish to continue pressing for release at this time.

4. I have discussed with Ms. Arias all her rights and options regarding her decision to discontinue pressing for release. I have told her that should she consent to voluntary detention, she will continue to be detained in custody pending trial. Based upon my consultations with her, I believe she fully understands all of her rights and options.

5. Ms. Arias has also informed me that she does not wish to appear in court concerning her continued detention, but rather desires to consent to an Order of Voluntary Detention.

Signed and sworn under the pains and penalties of perjury this 8th day of June, 2004.

_____
Timothy G. Watkins